UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE CASTEL

------------------------------------------------X

K/S SANNE SHIPPING,                        :

                        Plaintiff,         :        '08 CIV 7681

                                                    08 Civ._____
        - against -                        :        ECF CASE

ALANI SHIPPING GMBH a.k.a.                 :
ALANI CYPRUS,

                                           :

                        Defendant.
------------------------------------------------X


## AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut   )
                       )        ss: SOUTHPORT
County of Fairfield    )

        Lauren C. Davies, being duly sworn, deposes and says:

        1.      I am a member of the Bar of this Court and represent the Plaintiff herein.  I am

familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the

issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the

Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

### THE DEFENDANT IS NOT WITHIN THIS DISTRICT

        2.      I have attempted to locate the Defendant, ALANI SHIPPING GMBH a.k.a.

ALANI CYRPUS within this District.  As part of my investigation to locate the Defendant

within this District, I checked the telephone company information directory all area codes within

the District, as well as the white and yellow pages for New York listed on the Internet or World

Wide Web, and did not find a listing for the Defendant.  I also checked the New York State

Department of Corporations' online database, which showed no listing or registration for the

Defendant.  I was also unable to find any information to indicate that the Defendant has a general

or managing agent within the District.

3.      I submit that Defendant cannot be found within this District within the meaning of

Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4.      Upon information and belief, the Defendant has, or will have during the pendency

of this action, tangible and intangible property within the District subject to the jurisdiction of

this Court.

<u>PRAYER FOR RELIEF FOR AN ORDER ALLOWING SPECIAL PROCESS SERVER</u>

5.      Plaintiff seeks an Order, pursuant to Rule 4(c) of the Federal Rules of Civil

Procedure, appointing Thomas L. Tisdale, Claurisse Campanale-Orozco, Lauren C. Davies,

Jonathan W. Greene, or any other partner, associate, paralegal or agent of Tisdale Law Offices,

to serve the Verified Complaint, Process of Maritime Attachment and Garnishment,

Interrogatories or other process in this action upon the garnishee(s) who, based upon information

and belief may hold assets of, for or on account of the Defendant.

6.      Plaintiff seeks this Order to serve the Process of Maritime Attachment and

Garnishment will deliberate speed in order to fully protect itself against the potential of being

unable to satisfy any judgment or award obtained by Plaintiff against Defendants.

7.      To the extent that Plaintiff's Application for an Order appointing a special process

server does not involve the restraint of physical property, service does not need to be effected by

the Marshal's Office.  Service sought to be carried out by Plaintiff is the delivery of the Process

of Maritime Attachment and Garnishment to the various garnishees identified in the writ.

## PRAYER FOR RELIEF TO SERVE LATER IDENTIFIED GARNISHEES

8.    Plaintiff further requests that this Court grant it leave to serve any additional

garnishee(s) who may, upon information and belief, obtained in the course of this litigation, to be

holding or believed to be holding, property of the Defendants, within this District.  Obtaining

leave of Court at this time to serve any later identified garnishee(s) will allow for prompt service

of the Writ of Maritime Attachment and Garnishment without the need to present to the Court

amended Process to add future identified garnishee(s).

## PRAYER FOR RELIEF TO DEEM SERVICE CONTINUOUS

9.    Plaintiff also respectfully requests that the Court grant it leave, as set out in the

accompanying Ex Parte Order for Process of Maritime Attachment, for any process that is served

on a garnishee to be deemed effective and continuous service of process throughout any given

day on which process is served through the next day, provided that process is served the next

day, to authorize service of process via facsimile or e-mail following initial *in personam* service.

10.    This is Plaintiff's first request for this relief made to any Court.

Dated: September 2, 2008
       Southport, CT

_____
Lauren C. Davies

Sworn and subscribed to before me
this 2nd Day of September, 2008

_____
Notary Public/Commissioner of the Court

—3—